IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SONY/ATV MUSIC PUBLISHING, )
LLC, et al. )
                                            ) NO. 3-12-0089
v.                                 ) JUDGE CAMPBELL
                                            )
KTS KARAOKE, INC. )

ORDER

Pending before the Court is Defendant's Motion to Dismiss the Complaint or Alternatively to Transfer Case to the Central District of California (Docket No. 9). For the reasons stated in the accompanying Memorandum, Defendant's Motion to Dismiss is DENIED, and Defendant's Motion to Transfer is GRANTED.

This action is transferred to the U.S. District Court for the Central District of California as related to the pending case of *KTS Karaoke, Inc. v. Sony/ATV Music Publishing, LLC*, Case No. CV12-0014.

IT IS SO ORDERED.

                                                                                            _/s/ Todd Campbell_____
                                                                                            TODD J. CAMPBELL
                                                                                            UNITED STATES DISTRICT JUDGE